[No. 41130-6-I.    Division One.    April 26, 1999.]

MILLIKEN DEVELOPMENT, U.S. INC., *Respondent*, v. WAYNE
V. KNOWLES, ET AL., *Appellants*.

WAYNE V. KNOWLES, ET AL., *Appellants*, v. DONALD R.
MILLIKEN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 95-2-32572-6, Joan DuBuque, J., entered July
16, 1997. *Affirmed* by unpublished opinion per Appelwick,
J., concurred in by Agid, A.C.J., and Webster, J.

[No. 41441-1-I.    Division One.    April 26, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. T.D.,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-8-00252-6, Deborah Fleck, J., entered
October 20, 1997. *Dismissed* by unpublished per curiam
opinion.

[No. 42613-3-I.    Division One.    April 26, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL SACK,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-8-01263-5, Norm Quinn, J. Pro Tem.,
entered April 3, 1998. *Dismissed* by unpublished per curiam
opinion.

[No. 42730-0-I.    Division One.    April 26, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CINDY A.
TERRY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-01358-1, Nicole MacInnes, J., entered
May 26, 1998. *Affirmed* by unpublished per curiam opinion.